# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| VITALE & ASSOCIATES, LLC, | |
| Plaintiff, | 2:12–cv–1400–JAD–VCF |
| vs. | **ORDER** |
| SUE LOWDEN, *et al.*, | |
| Defendants. | |

Before the court is Nonparty Robert Beers' motion to strike (#66) Plaintiff Vitale & Associates' response to Beers' motion for attorney's fees. Beers moves to strike Vitale & Associates' response because it is untimely under Local Rule 7-2(b), which provides that responses must be filed fourteen days after service of the motion.

Beers filed his motion for attorney's fees on February 9, 2014. (*See* Doc. 51). Vitale & Associates did not file a response until March 28, 2014. (*See* Doc. #63). This is untimely under Local Rule 7-2(b). However, on April 3, 2014, at 11:15 a.m., the court granted Vitale & Associates' motion to extend time to respond. (*See* Doc. #65); *see also* LR IA 2-1 (permitting the court to dispense with the local rules by motion). Under this order, Vitale & Associates' response was due by March 28, 2014. (*Id.*)

At 11:36, a.m., approximately twenty minutes later after the court granted Vitale & Associates' motion to extend time, Beers filed the instant motion to strike (#66). Despite the close proximity in time between the court's order and Beers' motion to strike, Beers' motion to strike must be denied because the court dispensed with Local Rule 7-2(d)'s time requirements minutes before Beers' motion was filed.

1

Additionally, Vitale & Associates' ultimately complied with the court's order because it filed a response by March 28, 2014.

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Defendant Nonparty Robert Beers' motion to strike (#66) is DENIED.

IT IS SO ORDERED.

DATED this 2nd day of May, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE