# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Vitale & Associates, LLC, | Case No.: 2:12-cv-1400-JAD-VCF |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation, Directing Clerk to Tax Costs, and Denying Motion for Nontaxable Costs** |
| Sue Lowden, et al., | |
| Defendants | [ECF 109, 111, 119] |

After this breach-of-contract action ended with the entry of summary judgment in defendant Sue Lowden's favor, she filed a bill of costs and moved for an award of nontaxable costs.[1] Plaintiff Vitale & Associates, LLC objected to the bill of costs and opposed Lowden's request for nontaxable costs.[2] Magistrate Judge Ferenbach considered the parties' submissions and, in a September 14, 2015, report and recommendation, he recommends that I treat the cost bill as a motion for costs and grant it, but deny Lowden's motion for nontaxable costs.[3]

Objections to this report and recommendation were due October 2, 2015, and none were received. "No review is required of a magistrate judge's report and recommendation unless objections are filed."[4] Accordingly, with good cause appearing and no reason for delay,

IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's Report and Recommendation **[ECF 119] is ADOPTED** and accepted in its entirety;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Sue Lowden's Bill of Costs **[ECF 111]** being treated as a motion under L.R. 54-13(b)(3), **is GRANTED**; plaintiff's objection **[ECF**

---

[1] ECF 109, 110 (original bill of costs), 111 (amended bill of costs).

[2] ECF 112, 113.

[3] ECF 119.

[4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); s*ee also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

**113] is OVERRULED**. The Clerk of Court is Directed to **tax costs of $2,207.13 against plaintiff and in favor of defendant Sue Lowden and amend the judgment to so reflect.**

IT IS FURTHER ORDERED that Lowden's Motion for Nontaxable Costs **[ECF 109] is DENIED.**

DATED this 5th day of October, 2015

_____
Jennifer A. Dorsey
United States District Judge